

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 18, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice